ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JILL HASCH | ) | Case No. __3:09CV-511-S__ |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| RED ROBIN INTERNATIONAL, INC. | ) | |
| | ) | |
| and | ) | |
| MUHAMMAD KAHN | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

In accordance with the provisions of 28 U.S.C. §1446, NOTICE IS GIVEN as follows:

Defendant Red Robin International, Inc. ("Red Robin"), by counsel, gives notice of the removal of this action from the Circuit Court of Jefferson County, Kentucky, where it was commenced and is presently pending (Case No. 09-CI-05605), to the United States District Court, Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §1441, *et seq*. True copies of the Plaintiff's Complaint (the "Complaint") and Summons are attached hereto as "Exhibit A" and constitute all process, pleadings and other papers which have been served upon Red Robin in this action. The grounds for removal are as follows:

1. The Complaint was filed in this action on June 5, 2009, and Red Robin's proper Registered Agent was served with the Summons on June 29, 2009. Therefore, the time within which Red Robin is required to file a Notice of Removal to this Court has not yet expired.

  2. Defendant Kahn has not been properly joined or served.

  3. This Court has original jurisdiction of this action under the provisions of 28 U.S.C. §1332 (diversity jurisdiction).  This action may be removed from the Jefferson Circuit Court pursuant to provisions in 28 U.S.C. §1441 because this is a civil action in which the matter in controversy exceeds the amount of $75,000.00, exclusive of interest and costs and the action is between citizens of different states.

 Upon information and belief, including Plaintiff's claim for compensatory damages, back pay, front pay, benefits, and emotional damages, the amount in controversy in the State Court Action exceeds the sum or value of $75,000.00, exclusive of interests and costs.

 This action is between citizens of different states because of the following:

  (a) Plaintiff was, at the time the action was commenced, and still is, a citizen of the Commonwealth of Kentucky.  Therefore, for purposes of removal of this action, Plaintiff is a citizen of Kentucky.

  (b) Red Robin is a corporation organized under the laws of the State of Nevada, with its principal place of business in Colorado.  Therefore, for purposes of removal of this action, Red Robin was, at the time the action was filed, and still is, a corporate citizen of Colorado and Nevada and no other state.

  (c) Defendant Kahn is a citizen of the State of Indiana.  In any event, he has not been "properly joined and served as [a] defendant . . ." and his consent to removal is unnecessary.  28 U.S.C. §1441(b).

4. Removal to this district and division is proper under 28 U.S.C. §1441(a) because this is the district and division embracing the place where the action is pending, and this Notice is filed within 30 days of service of the Complaint upon Red Robin.

5. Written notice of the filing of this Notice of Removal is being properly given to Plaintiff's counsel, and a copy of this Notice of Removal is being promptly filed with the Clerk of the Jefferson Circuit Court as required by 28 U.S.C. §1446(d), which provides that the state court shall proceed no further and that this Notice effects the removal.

6. This Notice of Removal has been verified by the undersigned counsel for Red Robin pursuant to 28 U.S.C. §1446(a) and with respect to Rule 11, Federal Rules of Civil Procedure.

Wherefore, counsel for Red Robin respectfully notifies the Court that the action now pending against Red Robin has been removed to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

/s/ Brent R. Baughman
Richard S. Cleary
Brent R. Baughman
GREENEBAUM DOLL & McDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: 502/ 587-3559
Facsimile: 502/ 540-2157
COUNSEL FOR DEFENDANT
RED ROBIN INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid, on this the 20th day of July, 2009 as follows:

>Kurt A. Scharfenberger
>THE SCHARFENBERGER LAW OFFICE
>1600 Kentucky Home Life Building
>239 South Fifth Street
>Louisville, Kentucky  40202
>Telephone:  502/ 561-0777
>Facsimile:  502/ 584-0293
>Kurt@scharfenberger-law.com
>COUNSEL FOR PLAINTIFF
>JILL HASCH

3487378_3.doc