UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JILL HASCH                                                                              PLAINTIFF

V.                                                                           CASE NO. 3:09CV-511-S

RED ROBIN INTERNATIONAL, INC., ET AL.                  DEFENDANTS

**AGREED ORDER OF DISMISSAL**

By agreement of the parties, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action should be, and hereby is, dismissed in its entirety, with prejudice, in accordance with the Settlement Agreement and General Release between and among the parties. Each party shall be responsible for its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this matter solely for the purpose of resolving any disputes that arise between the parties as to the interpretation of or the parties' compliance with the terms of the Settlement Agreement and General Release.

Tendered by,


/s/ Maria N. Sorolis
Richard S. Cleary
Brent R. Baughman
Maria N. Sorolis
GREENEBAUM DOLL & McDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202
Telephone:  502/ 587-3559
Facsimile:  502/ 540-2157

COUNSEL FOR DEFENDANT
RED ROBIN INTERNATIONAL, INC.


/s/ Kurt A. Scharfenberger
Kurt A. Scharfenberger
THE SCHARFENBERGER LAW OFFICE
1600 Kentucky Home Life Building
239 South Fifth Street
Louisville, Kentucky  40202
Telephone:  502/ 561-0777
Facsimile:  502/ 584-0293
Kurt@scharfenberger-law.com

COUNSEL FOR PLAINTIFF
JILL HASCH


3920941_1.doc